UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| EULA CONLEY CRUM,<br><br>    Plaintiff,<br><br>V.<br><br>EQUITRANS, LP,<br><br>    Defendant. | CIVIL ACTION NO. 7:12-80-KKC<br><br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the opinion and order entered contemporaneously with this judgment, the Court **HEREBY ORDERS AND ADJUDGES** that:

1. The defendant's motion for summary judgment (DE 29) is **GRANTED** and the plaintiff's claims against Equitrans, LP are **DISMISSED**;

2. Judgment is entered in favor of the defendant;

3. This action is **STRICKEN** from the Court's active docket; and

4. This judgment is **FINAL** and **APPEALABLE**.

Dated this 12th day of May, 2014.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY